Dismissed and Memorandum Opinion filed March 13, 2008








Dismissed
and Memorandum Opinion filed March 13, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00928-CV

____________

 

STEVEN A. CLARK, Appellant

 

V.

 

MELISSA NEWMAN, Appellee

 



 

On Appeal from the 300th District Court 

Brazoria County,
Texas

Trial Court Cause
No. 42728

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 29, 2007.  On November 29, 2007, this
court ordered the parties to attend mediation.  On February 29, 2008, appellant
filed a motion to dismiss the appeal because the case settled at mediation.  See
Tex. R. App. P. 42.1.  The motion
is granted. 

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed March
13, 2008.

Panel consists of Chief Justice Hedges and Justices
Anderson and Boyce.